|  |  |  |
|---|---|---|
| HARON COLE, on behalf of himself and all others similarly situated, | )<br>)<br>)<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois** |
| Plaintiffs, | )<br>) | Case No.: 1:25-cv-88 |
| v. | )<br>)<br>) | **NOTICE OF SETTLEMENT** |
| Fragrance One, Inc. | )<br>) |  |
| Defendant. |  |  |

     **PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated:   April 16, 2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**
By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

Tel: (630)-478-0856

Email: Dreyes@ealg.law