## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

---

HARON COLE, on behalf of himself and all others similarly situated,

   Plaintiffs,

v.

Fragrance One, Inc.

   Defendant.

---

Case no. 1:25-cv-88

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: August 29, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

O: (844) 731-3343

C: (630)-478-0856

Email: Dreyes@ealg.law